```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

            MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHN DILLARD, et al.,         )
                              )
    Plaintiffs,               )
                              )
    v.                        )    CIVIL ACTION NO.
                              )       2:87cv1229-T
CITY OF HARTFORD,             )
                              )
    Defendant.                )
```

## OPINION

By order entered on May 12, 2003 (Doc. No. 46), the court granted the plaintiffs' motion for proceedings leading to dismissal of this action, filed April 21, 2003 (Doc. No. 44), to the extent that defendant City of Hartford was "to notify the court by no later than May 28, 2004, as to whether its single-member district plan has been precleared." The court further stated that, "If the plan has been precleared by then, the court will then award counsel for plaintiffs an attorney's fee of $ 500.00, and this case will be dismissed."

On September 8, 2005 (Doc. No. 54), the City of Hartford filed with the court a motion to dismiss, attached to which is a notice from the Voting Section of the Civil Rights Division of the United States Justice Department indicating that the City of Hartford has obtained preclearance, as required by § 5 of the Voting Rights Act, as amended, 42 U.S.C.A. § 1973c.  Accordingly, the plaintiffs are now entitled to an attorney's fee of $ 500.00 and this case is due to be dismissed.

An appropriate judgment will be entered.

DONE, this the 12th day of September, 2005.

                                              /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE