```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHN DILLARD, et al.,          )
                               )
     Plaintiffs,               )
                               )
     v.                        )    CIVIL ACTION NO.
                               )      2:87cv1229-T
CITY OF HARTFORD,              )         (WO)
                               )
     Defendant.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1)  The motion to dismiss, filed by City of Hartford on September 8, 2005 (Doc. No. 54), is granted.

(2) The plaintiffs shall have and recover from defendant City of Hartford the amount of $ 500.00 for attorney's fees.

(3)  This lawsuit is dismissed in all other respects.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 12th day of September, 2005.**

　　　　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**